WILLIAM T. LEONARD ET AL. *v.* NORWALK ZONING
BOARD OF APPEALS ET AL.

The motion by the plaintiffs for this court to order a finding in the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*John N. Cole,* for the appellants (plaintiffs).

*Jack Waltuck,* with whom was *Richard S. Weinstein,* for the appellees (defendants).

Argued March 5—decided March 26, 1963

STATE OF CONNECTICUT *v.* LAWRENCE P. GERLAT

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*George J. Coyle,* in support of the petition.

Submitted March 4—decided March 26, 1963

THOMAS P. MURPHY, ADMINISTRATOR *v.* HOWARD S.
IVES, HIGHWAY COMMISSIONER

The petition by David M. Reilly, Jr., for leave to file a brief as amicus curiae in support of the appeal from the Superior Court in New Haven County is denied.